**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| **v.** | ) | **Crim. No.  1:16-CR-53 (TSE)** |
| | ) | |
| **HAMZA KOLSUZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>NOTICE OF APPEAL</u>

The defendant in the above-styled case hereby notes his appeal to the United States Court of

Appeals for the Fourth Circuit from the Judgment in a Criminal Case signed by this Court on the 7th

day of October, 2016 and entered on the docket on the 18th day of October, 2016.

Respectfully submitted on this 21st day of October, 2016.

HAMZA KOLSUZ

By Counsel

_____/s/_____
Todd M. Richman
Virginia Bar No. 41834
Attorney for Mr. Kolsuz
Federal Public Defender
1650 King Street, Ste. 500
Alexandria, VA   22314
Phone: 703-600-0845
Fax: 703-600-0880
Todd_Richman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of October, 2016, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Dennis Fitzpatrick
Assistant United States Attorney
Heather Alpino
Special Assistant United States Attorney
U.S. Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314


            /s/
_____
Todd M. Richman
Virginia Bar No. 41834
Attorney for Mr. Kolsuz
Assistant Federal Public Defender
1650 King Street, Ste. 500
Alexandria, VA   22314
Phone: 703-600-0845
Fax: 703-600-0880
Todd_Richman@fd.org