FILED: May 31, 2018

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4687
(1:16-cr-00053-TSE-1)
_____

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

HAMZA KOLSUZ

   Defendant - Appellant

-------------------------------

ELECTRONIC FRONTIER FOUNDATION; ASIAN AMERICANS ADVANCING JUSTICE-ASIAN LAW CAUCUS; BRENNAN CENTER FOR JUSTICE; COUNCIL ON AMERICAN-ISLAMIC RELATIONS; CAIR CALIFORNIA; CAIR FLORIDA; CAIR MISSOURI; CAIR NEW YORK; CAIR OHIO; CAIR DALLAS/FORT WORTH; NATIONAL ASSOCIATION OF CRIMINAL DEFENSE LAWYERS; CAUSE OF ACTION INSTITUTE; COMMITTEE FOR JUSTICE; FLOOR64, INC.; AMERICAN CIVIL LIBERTIES UNION; ACLU OF VIRGINIA; ACLU OF MARYLAND; ACLU OF NORTH CAROLINA; ACLU OF SOUTH CAROLINA; ACLU OF WEST VIRGINIA

   Amici Supporting Appellant

_____

## M A N D A T E
_____

The judgment of this court, entered 05/09/2018, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*